# Donaldson & Chilliest, LLP
## 1825 Park Avenue, Suite 1102
## New York, NY 10035
### 212-722-4900
### 212-722-4966
xdonaldson@aol.com

January 25, 2021

**BY ECF and Email**

The Honorable Richard J. Sullivan
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

     Re:    *United States v. Cleon Clarke*,
                16 Cr 781 (RJS)

Dear Judge Sullivan:

     As the Court is aware, I represented Mr. Clarke at the District Court level through his sentencing. It has come to my attention that Mr. Clarke has filed a *pro se* motion pursuant to 18 U.S.C. §3582(c)(1)(A) and the Government has timely responded. With the Government's consent, I am requesting permission to either supplement Mr. Clarke's motion and/or file a reply to the Government's response. If permitted to do so, I can file said motions on or before February 5, 2021 hoping to have it filed by February 3, 2021. Thank you for your consideration.

                                                     Sincerely,

                                               ***Xavier R. Donaldson***

                                               Xavier R. Donaldson

cc:    AUSA Jessica Feinstein